IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

BOBBY WAYNE HALEY, JR.,

    Petitioner,　　　　　　　　　　JUDGMENT IN A CIVIL CASE

v.　　　　　　　　　　　　　　　　　　Case No. 17-cv-192-bbc

LOUIS WILLIAMS II,

    Respondent.

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered denying the petition of Bobby Wayne Haley, Jr. for a writ of habeas corpus under 28 U.S.C. § 2241 and dismissing this case.

                                                      5/22/2017

/s/

Peter Oppeneer, Clerk of Court　　　　　　　　　　　　Date