IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DOC NO
REC'D/FILED

2017 JUN -2 AM 9:42

PETER OPPENEER
CLERK US DIST COURT
WD OF WI

BOBBY WAYNE HALEY, JR., )
       Petitioner, )
)
)
v. ) Case No. 17-cv-192-bbc
)
)
LOUIS WILLIAMS II, Warden, )
       Respondent. )

## NOTICE OF APPEAL

### BEFORE THE HONORABLE BARBARA B. CRABB, DISTRICT JUDGE.

COMES NOW, Bobby Wayne Haley, Jr., your Petitioner in the above enumerated case, respectfully files to this District Court for the Western District of Wisconsin, Pro-Se, his "Notice of Appeal", giving notice of his intent to appeal the "Order" of the District Court, dated May 22, 2017, denying Petitioner's "28 U.S.C. §2241".

Petitioner received notice of this Order on the 25th of May, 2017, and Certificate of Appealability has already been granted by the District Court.

                                                Respectfully Submitted,

                                                Bobby W. Haley Jr.
                                                Pro-Se Petitioner

                                                Bobby W. Haley Jr.
                                                Reg. No. 09726-062
                                                FCI Oxford
                                                P.O. Box 1000
Dated: May 31, 2017                      Oxford, WI 53952

1

CERTIFICATE OF SERVICE

I affirm under the penalty of perjury as delineated in Title 28 USC 1746, that I placed one (1) original and one (1) copy of this "Notice to Appeal", with first-class postage, prepaid, in the prison mail system, on this 31st day of May, 2017, address to the Clerk of the United States Court for the Western District of Wisconsin, U.S. Courthouse, 120 North Henry Street, Room 320, Madison, WI 53703. In addition, I hereby certify that on the same day, one (1) copy of this "Notice to Appeal", was placed with first-class postage, prepaid, in the prison mail system, address to the U.S. Attorney's Office for the Western District of Wisconsin, 222 West Washington Avenue, Suite 700, Madison, WI 53703.

Bobby W. Haley Jr.
Pro-Se Petitioner

Bobby W. Haley Jr.
Reg. No. 09726-062
FCI Oxford
P.O. Box 1000
Oxford, WI 53952